IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN HOWARD BANKS,

       Plaintiff,                                         Civ. No. 2:16-cv-00284-TC

       v.                                                ORDER

UMATILLA COUNTY JAIL, et al,

       Defendants.

_____

MCSHANE, Judge:

       Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (#78), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (#78) is adopted. Defendants' motions for summary judgment (# 62, 65) are GRANTED. Claims 1 and 2 are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over claim 3 and that claim is dismissed without prejudice.

IT IS SO ORDERED.

       DATED this 24th day of May, 2018.

                                                                _____/s/ Michael J. McShane_____
                                                                      Michael McShane
                                                                United States District Judge